UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

-FILED-

NOV 1 8 2016

At _____ M
ROBERT N. TRGOVICH, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

| UNITED STATES OF AMERICA | ) | INDICTMENT |
| --- | --- | --- |
| v. | ) | Case Number: 2 · 16 CR 167 |
| Demario Streeter | ) | |
| Nigel Brown | ) | 18 U.S.C. §§ 472, 473, 2 |
| | ) | 18 U.S.C. § 922 (g)(1) |

## INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT ONE

On or about May 29, 2016, in the Northern District of Indiana,

**DEMARIO STREETER,**

defendant herein, with intent to defraud, did pass to A. F. falsely made, forged and counterfeited obligations of the United States, that is, Federal Reserve Notes, which he then knew to be falsely made, forged and counterfeited;

In violation of Title 18, United States Code, Section 472.

1

THE GRAND JURY FURTHER CHARGES:

## COUNT TWO

Between in or about May 29, 2016, and in or about July 11, 2016, in the Northern District of Indiana,

**DEMARIO STREETER,**

defendant herein, having previously been convicted of criminal recklessness in 2016 in the Superior Court of Lake County, Indiana, said crime being punishable by a term of imprisonment exceeding one year, did knowingly possess in and affecting commerce a firearm, which was a .380 caliber semi-automatic pistol;

In violation of Title 18, United States Code, Section 922 (g)(1).

THE GRAND JURY FURTHER CHARGES:

## COUNT THREE:

On or about June 27, 2016, in the Northern District of Indiana,

## NIGEL BROWN,

defendant herein, did knowingly exchange, transfer, receive, or deliver counterfeited obligations of the United States, that is Federal Reserve Notes, with the intent that the same be passed and used as true and genuine;

In violation of Title 18, United States Code, Sections 473 and 2.

THE GRAND JURY FURTHER CHARGES:

## COUNT FOUR:

On or about June 29, 2016, in the Northern District of Indiana,

**NIGEL BROWN,**

defendant herein, did knowingly exchange, transfer, receive, or deliver counterfeited obligations of the United States, that is Federal Reserve Notes, with the intent that the same be passed and used as true and genuine;

In violation of Title 18, United States Code, Sections 473 and 2.

THE GRAND JURY FURTHER CHARGES:

## COUNT FIVE:

On or about July 2, 2016, in the Northern District of Indiana,

## NIGEL BROWN,

defendant herein, did knowingly exchange, transfer, receive, or deliver counterfeited obligations of the United States, that is Federal Reserve Notes, with the intent that the same be passed and used as true and genuine;

In violation of Title 18, United States Code, Sections 473 and 2.

THE GRAND JURY FURTHER CHARGES:

## COUNT SIX:

On or about July 11, 2016, in the Northern District of Indiana,

**DEMARIO STREETER**

defendant herein, having previously been convicted of criminal recklessness in 2016 in the Superior Court of Lake County, Indiana, said crime being punishable by a term of imprisonment exceeding one year, did knowingly possess in and affecting commerce a firearm, which was a .40 caliber semi-automatic pistol;

In violation of Title 18, United States Code, Section 922 (g)(1).

## FORFEITURE ALLEGATIONS

The allegations of Counts One, Three, Four, and Five of the Indictment are realleged and by this reference fully incorporated herein for the purpose of alleging forfeitures to the United States of America pursuant to Title 18, United States Code, Sections 492, 924(d) and Title 28, United States Code, Section 2461(c).

    2.    Upon conviction of one or more of the offenses in violation of 18 U.S.C. Sections 472, 473, and 922 set forth in Count One, Three, Four, Five, and Six of this Indictment, defendants Demario Streeter and Nigel Brown shall forfeit to the United States pursuant to 18 U.S.C. Sections 492, 924(d) and 28 U.S.C. Section 2461(c) all firearms and ammunition, counterfeits of any coins or obligations or other securities of the United States or of any foreign government; any articles, devices, and other things made, possessed, or used in violation of 18 U.S.C. Sections 472, 473, 924(d), and any material or apparatus used or fitted, or intended to be used, in the making of such counterfeits, articles, devices, or things, found in the possession of the defendant without proper authority. The property to be forfeited includes, but is not limited to, the following:

  (a) Apple iPhone 6s Plus, Model A1687, ESN/EMI C39RPG6ZGRWQ.

  (b) One inkjet printer.

3. The allegation of Count Six of the Indictment is realleged and by this reference fully incorporated herein for the purpose of alleging forfeitures to the United States of America pursuant to the provisions of Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

Upon conviction of the firearm offense alleged in Count Six of the Indictment, Demario Streeter shall forfeit to the United States of America pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any and all firearms and ammunition involved in the commission of the offense, including but not limited to:

(c) Glock Model 22 Gen 4 .40 caliber semi-automatic pistol

(d) Magazine

(e) Ammunition.

A TRUE BILL:

*/s/FOREPERSON*
FOREPERSON

DAVID CAPP
UNITED STATES ATTORNEY

By: */s/ Thomas R. Mahoney*
Thomas R. Mahoney
Assistant United States Attorney