# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

ASN/IN 18 NOV '16 PM 2:55

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| NIGEL BROWN | ) | Case No. 2:16 CR 167 |
| | ) | |
| | ) | -FILED- |
| | ) | |
| | ) | DEC 12 2016 |
| *Defendant* | | |

At _____ M
ROBERT N. TRGOVICH, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* **NIGEL BROWN**,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18:473 PASSING COUNTERFEIT OBLIGATIONS OR SECURITIES
18:2 AIDING & ABETTING

Date: 11/18/2016

/s/ Robert N. Trgovich (kjp)
*Issuing officer's signature*

City and state: HAMMOND INDIANA

ROBERT N. TRGOVICH, CLERK
*Printed name and title*

### Return

This warrant was received on *(date)* 11-18-16, and the person was arrested on *(date)* 12-8-16
at *(city and state)* Crown Pointe, IN.

Date: 12-9-16

*Arresting officer's signature*

Alexander J. Pruss - Special Agent
*Printed name and title*