# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA
# HAMMOND DIVISION

### JUDGMENT IN A CRIMINAL CASE
(For Revocation of Probation or Supervised Release)

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | **CASE NUMBER 2:16CR167-002** |
| v. ) | **U.S.M. No. 16749-027** |
| ) | |
| **NIGEL BROWN,** ) | |
|      Defendant ) | |
| ) | |
| ) | **RUSSELL W. BROWN,** |
| ) | **ATTORNEY FOR DEFENDANT** |

**THE DEFENDANT** admitted guilt to the Grade B violation(s) of condition(s) of the term of supervision.

| Violation Number | Nature of Violation | Date Violation Concluded |
|---|---|---|
| one | Committing another federal, state or local crime as charged in the LaPorte County Superior Court under Cause Number 46D01-2004-F5-506 with fraud on a financial institution and possession of a card skimmer | April 28, 2020 |

Defendant is sentenced as provided in pages 2 through 3 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

The remaining Grade C violations of the Petition are **DISMISSED** on the motion of the United States.

    May 3, 2021
    Date of Imposition of Judgment

    /s/ James T. Moody
    James T. Moody, Judge
    United States District Court

    May 3, 2021
    Date Signed

## IMPRISONMENT

Accordingly, the defendant is hereby committed to the custody of the Bureau of Prisons to be imprisoned for a term of **14 months.**

The Court makes the following recommendations to the Bureau of Prisons:

    The defendant be given credit for time served while awaiting his sentencing, as determined by the Bureau of Prisons relevant regulations.

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

    Defendant delivered _____ to _____ at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By: _____
DEPUTY UNITED STATES MARSHAL

## SUPERVISED RELEASE

Upon the defendant's release from prison by the Bureau of Prisons, he shall be discharged from any further term of supervision.